IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**TONI WHITTAKER,**

    Plaintiff,

v.

**HEALTH CARE SERVICE CORPORATION,** a foreign business corporation, doing business as Blue Cross Blue Shield of Illinois; and **CUTTING EDGE HISTOLOGY SERVICES, LLC,** a domestic limited liability company, doing business as Mesa Clinical Labs,

    Defendants.

No. 3:18-cv-00147-MO

ORDER OF DISMISSAL AS TO DEFENDANT HEALTH CARE SERVICE CORPORATION

**MOSMAN, J.**,

    Pursuant to the Motion to Dismiss Defendant Health Care Service Corporation [8], it is hereby ORDERED AND ADJUDGED that all claims against Defendant Health Care Service Corporation are dismissed with prejudice.

    DATED this  27   day of March, 2018.

                                                   /s/ Michael W. Mosman
                                                 MICHAEL W. MOSMAN
                                                 Chief United States District Judge